UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIANA ALDRICH, <br><br> Plaintiff, <br><br> vs. <br><br><br> GERARDO ROMO, SAMUEL NAVARRO, IVAN ORDAZ, MOLLY HILL, SHANNON STARK, TAMMATHA FOSS, and KATHLEEN ALLISON. <br><br> Defendants. | Case No: 5:20-cv-00974-MCS(KKx) <br><br> **[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER** |

Based upon the Stipulated Protective Order filed between the parties on December 11, 2020, the Court approves and hereby orders that the parties shall comply with the terms of the Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated:  December 14, 2020

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE